UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07a 20042

Moreno

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

07-20042

Jonathan Lee., Riches ©
AKA "Secured Party",
Plaintiff

VS.

Government Snitches and
Informants INC., etc. All

## Complaint

This is a complaint under 42 U.S.C 1983, Civil Rights violation by the constitution and laws of the United States and federal tort claims and criminal acts inflicted by that Include, but not limited to: 18 USC 2339, 2332 Terrorism, 18 USC 1111 Murder, 18 USC 2381 Treason, Major Fraud, Extortion, Racketeering, torture, Civil Rights, Espionage, 841, Assault, felon in possession of firearm, Conspiracy, Genocide, War Crimes, Explosives, Copy Right and trademark Infringement, obstruction of Justice, piracy, Arson, Sabotage, perjury, Criminal street gangs, biological weapons, sex trafficking, concealment, false oaths, Bribery, Riots, Slavery, Robbery, malicious mischief, Federal hate crimes, counterfeiting, Search and Seizures, Injury to wildlife, sex Abuse/ rape, obscenity, Kidnapping, stalking, threatening the president, liquor trafficking, Identity theft, Psychiatric trauma, False information, Invasion, threats to commit violent Acts, Malpractices, Aggravations, Nuisances, Entrapments, mind manipulation, Brutality, persecutions, Negligence, Electronic wire tapping and Poisoning

Comes Now the Plaintiff Jonathan Lee, Riches©, in pro-se, moves this Honorable Court to issue an order for all Defendants named in this suit to give a Response. As Plaintiff is claiming his constitutional rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th and 14th amendments of the Constitution. Relief Requested, Plaintiff seeks 429,628,900,000,000.00 Trillion dollars back by gold and silver delivered by United States Parcel Service "UPS" to FCI Williamsburg, Salters S.C., collectively from all Defendants. Plaintiff also asks for a preliminary Injunction Restraining order Against Defendants and air force one. Relief is also entitled under the whistleblowing act

### Count 1

Government Switches and Informants Inc. is a secret organization based in Miami Florida. Members and Defendants also Include George W. Bush, President of the United States, Sen. Arlen Specter, Richard Simmons, Gangs from Hong Kong, Columbine High School, RFID Radio Chips.
Government Switches and Informants Inc "GSII" and George W. Bush Joined Allegience to AL-qaeda on 12-6-2001 at a I-95 Rest Stop. I witnessed this meeting and trading of Government Secrets to a foreign Enemy

### Count 2

Government Switches and Informants Inc Stole my copyrighted name and trademark on 12-16-1998. This company also Stole my Identity on 3-22-02 and ordered a capital one card in my Name

## Count 3

"GSII" hires illegal workers from Cuba to entrap innocent people off the streets to commit crime.

"GSII" built a secret tunnel from Miami International Airport underneath the layers and crust of the earth to a remote Cuban location

## Count 4

defendants placed computer chips in my brain. I'm subjected to brain washing and microwave testing Daily

- 6/15/98 defendants spun me in a washer and dryer
- 4/02/99 defendants plotted Elizabeth Smarts kidnapping
- 12-11-2004 defendants injected parasites in my brain
- 5-29-2005 defendants overdosed me with ethanol
- 11/10-2002 defendants made Midgets watch me in trucks painted with "Roto Rooter" logo
- 10-21-2002 defendants Joined Neo-Nazis

Plaintff Prays this Honorable Court for Relief

Respectfully Submitted,

Jonathan Lee, Riches ©

Jonathan Lee, Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590