UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 07-20042

In Re: Automatic Reference of        }
Certain Matters to United States     }       CIV-MORENO
Magistrate Judge Patrick A. White    }

MAGISTRATE JUDGE
WHITE

CLERK'S NOTICE OF MAGISTRATE JUDGE ASSIGNMENT

Pursuant to Administrative Order 2003-19 of this Court, this matter is referred to MAGISTRATE JUDGE PATRICK A. WHITE for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

All pleadings hereafter filed shall bear the assigned case number and District Court Judge followed by the surname of Magistrate Judge WHITE thereby indicating the Magistrate Judge to whom all future documents should be routed or otherwise brought for attention in accordance with the Southern District of Florida Local Rules 5.1.A.5.

DONE at Miami/Fort Lauderdale/West Palm Beach, Florida, this 5 day of January, 2006.

CLARENCE MADDOX
Court Administrator • Clerk of Court

by: _____
Deputy Clerk

c: All counsel of record