```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  07-20042-CIV-MORENO
                              MAGISTRATE P. A. WHITE

JONATHAN LEE RICHES,          :

        Plaintiff,            :

v.                            :      REPORT OF
                                     MAGISTRATE JUDGE
GOVERNMENT SNITCHES AND
INFORMANTS INC.,etc all       :

        Defendants.           :
_____
```

The plaintiff, Jonathan Lee Riches, currently detained at the Federal Correctional Institution, in Salters, South Carolina, filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983.(DE#1) The plaintiff claims that Government Snitches and Informants Inc. is a secret organization based in Miami, Florida, whose members includes President Bush and Gangs from Hong Kong etc.  He claims they are responsible for multiple criminal acts, including, but not limited to genocide, war crimes, piracy, slavery, injury to wildlife, threatening the president, etc. They have placed computer chips and parasites in his brain.  The plaintiff is seeking monetary damages of over 429 trillion dollars. The plaintiff further seeks a restraining order against the defendants, and "air force one" (complaint pg. Pgs 1-3).

The plaintiff has failed to state a claim. The plaintiff names as defendants "Government Snitches and Informants Inc.", a defendant not amenable to suit, and raises non-cognizable, frivolous claims.

II.  Analysis

As amended, 28 U.S.C. §1915 reads in pertinent part as follows:

> Sec. 1915 Proceedings in Forma Pauperis
>
> \* \* \*
>
> (e)(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that --
>
> \* \* \*
>
> (B) the action or appeal --
>
> \* \* \*
>
> (i) is frivolous or malicious;
>
> (ii) fails to state a claim on which relief may be granted;...

This is a civil rights action pursuant to 42 U.S.C. §1983. Such actions require the deprivation of a federally protected right by a person acting under color of state law. See 42 U.S.C. §1983; Polk County v. Dodson, 454 U.S. 312 (1981); Whitehorn v. Harrelson, 758 F.2d 1416, 1419 (11 Cir. 1985).

It is therefore recommended that this complaint be dismissed for failure to state a claim, pursuant to 28 U.S.C. 1915 (e)(2)(B)(ii).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 8th day of January, 2007.

                                                                                         _____
                                                                                         UNITED STATES MAGISTRATE JUDGE

cc:   Jonathan Lee Riches, <u>Pro Se</u>
       Reg#40948-018
       FCI- Williamsburg
       Po Box 340
       Salters, SC 29590