UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  07-20042-CIV-MORENO

JONATHAN LEE RICHES,

    Plaintiff,

vs.

GOVERNMENT SNITCHES AND
INFORMANTS, INC., et al.,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation **(D.E. No. 2)** on Plaintiff's civil rights action brought under 42 U.S.C. § 1983 and filed on **January 5, 2007**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3)** on **January 8, 2007** dismissing the Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Court has reviewed the entire file and record.  As of the date of this ORDER, the parties have not filed any objections to Magistrate Judge White's Report and Recommendation.  The Court has made a *de novo* review of the issues that Magistrate Judge White's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 3)** on  is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that the Complaint in the above-referenced action is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2007.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Jonathan Lee Riches, pro se Plaintiff