UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07CV20042
Moreno

The attached hand-written
document
has been scanned and is
also available in the
SUPPLEMENTAL
PAPER FILE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
Jonathan Lee Riches©,
Plaintiff

V.

CIVIL NO: 07-20042 CIV FAM/AW

MANUEL NORIEGA A/K/A
MANUEL ANTONIO NORIEGA MORENO,

DEFENDANT

## Civil Complaint

### Restraining Order Against Gen. Noriega's Extradition

Comes now the Plaintiff Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for Defendant named in this suit to respond. This complaint is a Civil Rights violation and crimes committed pursuant to: Torture, CIA secrets, Identity theft, treason, impersonation, withholding military secrets. Plaintiff also moves this Honorable Court to issue a restraining order against the Extradition of General Manuel Noriega to France. Plaintiff seeks 129,000,000.00 Million dollars.

Plaintiff, Jonathan Lee Riches©, a former CIA Central Intelligence Agency Agent stationed in Panama from 1985 to 1989. Now a Political prisoner at FCI Williamsburg.

Defendant, General Manuel Noriega, a former de facto military dictator of Panama from 1983 to 1989. Convicted under federal charges of cocaine trafficking, now held in a federal prison in Miami.

1

Ronald Reagan personally sent me to Panama in 1985 to weed out General Noriega and bring him to the whitehouse

2

On March 4, 1987, I fought in a intense guerrilla battle at Tora Bora with Noriega's army. Noriega escaped from Alcatraz

3

May 26, 1888 - Noriega is currently using my fingerprints. He's going to be extradited to France under the guise of Jonathan Lee Riches©

4

Aug 6, 1990 - I joined David Lee Roth's band "Panama"

5

Restraining Order

I need to personally interrogate Mr. Noriega. I compel this court to bring him to me. I need to question him about secret mysteries. Noriega can unlock the secrets to the Zodiac mystery, the death of Federal prosecutor Jonathan Luna, Contra's hiding in the U.S., information about Jon Benet Ramsey, the location of Waldo.

6

September 7, 1989 - Noriega made me drink from the Panama Canal

7

On March 10, 2006 - Noriega stole personal property from me I want back. The Jonathan Lee Riches© manuscript, maps of sunken treasure, blueprints of NASA, Oliver North documents.

8

I need to question Noriega about tainted ingredients on the prison menu (see Attached Exhibit 1)

(Exhibit 1)

PAGE 3
Riches v. ...

Warden / / /   Food Administrator / / /   Assoc. Warden / / /

MENU - REGULAR   WEEKLY CALENDAR FOR   FCI WILLIAMSBURG   FROM: 08/26/2007   THRU: 09/01/2007

WEEK 2

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| FRESH FRUIT@ | FRESH FRUIT@ | FRESH FRUIT@ | FRESH FRUIT@ | FRESH FRUIT@ | FRESH FRUIT@ | FRESH FRUIT@ |
| DRY CEREAL@ | HOT GRITS | DRY CEREAL@ | HOT OATMEAL | DRY CEREAL@ | HOT GRITS | DRY CEREAL@ |
| COFFEE CAKE | CREAMED BEEF | MUFFINS | GRILLED SALAMI | MUFFIN | GRILLED BOLOGNA | DOUGHNUTS |
| HOT TOAST@ | HOME FRIED POTATO | HOT TOAST@ | FRENCH TOAST(3) | SLICED BREAD@ | SCRAMBLED EGG | SLICED BREAD@ |
| MILK@ | HOT TOAST@ | MILK@ | HOT MAPLE SYRUP | MILK@ | BOILED EGGS@ | MILK@ |
| COFFEE | MARGARINE PAT | COFFEE | HASH BROWN POTATO | COFFEE | HOT TOAST@ | COFFEE |
| SUGAR PACKET | MILK@ | SUGAR PACKET | MARGARINE PAT | SUGAR PACKET | MARGARINE PAT | SUGAR PACKET |
|  | COFFEE | SALT & PEPPER | MILK@ |  | MILK@ |  |
|  | SUGAR PACKET |  | COFFEE |  | COFFEE |  |
|  | SALT & PEPPER |  | SUGAR PACKET |  | SUGAR PACKET |  |
|  |  |  | SALT & PEPPER |  | SALT & PEPPER |  |
| HOT OATMEAL | BBQ BEEF ON BUN | GRILLED HOT DOG (2) | CHEESEBURGER | CHICKEN AND DUMPLINGS | FISH SANDWICH | HOT OATMEAL |
| CHEESE OMELET | CHEESE SANDWICH^ | SAUCE CHILI FOR HOT DOGS | BAKED BURGER@ | BLAND CHICKEN@ | VEG CABBAGE ROLL^ | GRIDDLE FRIED EGGS |
| BOILED EGGS@ | FRENCH FRIES | BOILED EGGS@ | VEGGIE BURGER^ | SOY CHICKEN STEW^ | CNDY SWT POTATO | BOILED EGGS@ |
| SAUSAGE PATTY** | BAKED POTATO@ | POTATO SALAD | POTATO CHIPS | PEAS AND RICE | BOILED POTATOES@ | SAUSAGE PATTY + |
| HASH BROWN POTATO | MUSTARD & MAYO | BOILED POTATOES@ | BOILED POTATOES@ | MIXED VEG@ | COLLARD GREENS | HASH BROWN POTATO |
| BOILED POTATO@ | ##HOT BAR## | SIMMERED SAUERKRAUT | LETTUCE & TOMATO@ | SLICED BREAD@ | TARTER SAUCE | BOILED POTATOES@ |
| BISCUITS | STEAMED RICE@ | BAKED BEANS@ | SLICED ONIONS@ |  | ##HOT BAR## | BISCUITS |
| JELLY | BLACK BEANS@ | CATSUP&MUSTARD | CATSUP&MUSTARD | ##HOT BAR## | STEAMED RICE@ | MARGARINE PAT |
| MARGARINE PAT | SALAD BAR@ | HOT DOG BUNS | HAMBURGER BUN | STEAMED RICE@ | BLACKEYED PEAS@ | JELLY |
| MILK@ | FRESH FRUIT@ | ##HOT BAR## | ##HOT BAR## | GR NORTHERN BEANS@ | SALAD BAR@ | MILK@ |
| COFFEE | ASST BEVERAGES | STEAMED RICE@ | STEAMED RICE@ | SALAD BAR@ | FRESH FRUIT@ | COFFEE |
| SUGAR PACKET | SALT & PEPPER | LENTIL BEANS@ | NAVY BEANS@ | FRESH FRUIT@ | ASST BEVERAGES | SUGAR PACKET |
| SALT & PEPPER |  | SALAD BAR@ | SALAD BAR@ | ASST BEVERAGES | SALT & PEPPER | SALT & PEPPER |
|  |  | FRESH FRUIT@ | FRESH FRUIT@ | SALT & PEPPER |  |  |
|  |  | ASST BEVERAGES | ASST BEVERAGES |  |  |  |
|  |  | SALT & PEPPER | SALT & PEPPER |  |  |  |
| BAKED CHICKEN@ | ROAST TURKEY | SPAGHETTI W/ MEAT SAUCE | TACO | GRILLED LIVER W/ONIONS | TUNA NOODLE CASSEROLE | BAKED MEATLOAF@ |
| VEG STUFF PEPPER^ | VEGGIE BURGER^ | SPAGHETTI W/ MARINARA | VEGGIE TACO^ | VEG MEATBALL^ | BLAND TUNA@ | VEG LOAF^ |
| OVEN BROWN POTATO | MASHED POTATOES@ | MIXED VEG@ | SPANISH RICE | BAKED POTATO@ | BOILED NOODLES@ | MASHED POTATOES@ |
| BOILED POTATOES@ | MIXED VEG@ | GARLIC BREAD | REFRIED BEANS | GREEN BEANS@ | CARROTS@ | TURKEY GRAVY |
| SLICED BREAD@ | BROWN GRAVY | ##HOT BAR## | ##HOT BAR## | HAMBURGER BUN | SLICED BREAD@ | SLICED BREAD@ |
| ##HOT BAR## | SLICED BREAD@ | STEAMED RICE@ | STEAMED RICE@ | ##HOT BAR## | ##HOT BAR## | ##HOT BAR## |
| STEAMED RICE@ | STEAMED RICE@ | BLACK BEANS@ | BLACK BEANS@ | STEAMED RICE@ | STEAMED RICE@ | STEAMED RICE@ |
| PINTO BEANS@ | LENTILS BEANS@ | SALAD BAR@ | SALAD BAR@ | NAVY BEANS@ | BLACKEYED PEAS@ | GR NORTHERN BEANS@ |
| SALAD BAR | SALAD BAR@ | CARROT CAKE | CHOCOLATE BROWNIE | DINNER ROLL | SALAD BAR@ | SALAD BAR@ |
| WHITE CAKE | PEANUT BUTTER | OR | OR | SALAD BAR@ | COCONUT CREAM PIE | PECAN PIE |
| W/ COCONUT ICING | CHOCOLATE CHIP C | FRESH FRUIT@ | FRESH FRUIT@ | LEMON CAKE | OR | OR |
| OR | OR |  |  | OR |  |  |
| FRESH FRUIT@ | FRESH FRUIT@ | ASST BEVERAGES | ASST BEVERAGES | FRESH FRUIT@ | FRESH FRUIT@ | FRESH FRUIT@ |
| ASST BEVERAGES | ASST BEVERAGES | SALT & PEPPER | SALT & PEPPER | ASST BEVERAGES | ASST BEVERAGES | ASST BEVERAGES |
| SALT & PEPPER | SALT & PEPPER |  |  | SALT & PEPPER | SALT & PEPPER | SALT & PEPPER |

** INDICATES PORK PRODUCT
* INDICATES PORK ALTERNATIVE
SUBSTITUTE SWEET DESSERT FOR FRUIT ON REQUEST   SUGAR SUBSTITUTE AVAILABLE BREAKFAST/BRUNCH MEALS
^INDICATES NO MEAT ALTERNATIVE
@HEART HEALTHY ITEM
MENU SUBJECT TO CHANGE WITHOUT NOTICE

## CONCLUSION

Please bring this man Noriega to me A.S.A.P. He's using my fingerprints, the French plan to turn my prints over to Interpol.

Respectfully
Submitted

*Jonathan Lee Riches*
V.C.C. 1-308

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Sacters, SC 29590
(843) 387-9400